UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON

CATIE ROE,

**Plaintiff,**

v.  Civil No. 08-6025-AA

SYNERGY JOINT VENTURE, LLC,
BETTER BODIES, INC., RIVERSIDE
FITNESS, LLC, SYNERGY FITNESS,
LLC, SYNERGY GYM GROUP,
LLC (NEW MEXICO), SYNERGY GYM
GROUP, LLC (OREGON), SYNERGY
GYM GROUP, LLC (WASHINGTON),
SYNERGY HEALTH CLUBS NW, LLC
and TROY FINFROCK,

**Defendants.**

## ORDER OF DISMISSAL

Counsel having informed the court that this action has been settled,

This action is dismissed with prejudice, without costs and with leave for good cause shown within sixty (60) days, to have the dismissal set aside and the action reinstated if the settlement is not consummated.

Dated: August 22, 2008.

Sheryl S. McConnell, Clerk

/s/ C. Pew
by
   C. Pew, Deputy

**ORDER OF DISMISSAL**